UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CoxCom, Inc. dba Cox Communications New England | ) | Case No.: |
| | ) | |
| Plaintiff, | ) | **CORPORATION DISCLOSURE STATEMENT** |
| | ) | |
| vs. | ) | 05-30107-KPN |
| Bill Langlois | ) | |
| | ) | |
| Defendant | ) | |

**Pursuant to LR 83.6(4)** the corporate Plaintiff in the above referenced action, CoxCom, Inc. dba Cox Communications New England now makes this disclosure:

1. CoxCom, Inc. is wholly owned by Cox Communications, Inc.; and

2. As mentioned above the Plaintiff Corporation is a wholly owned subsidiary. Accordingly, aside from the above-mentioned Cox Communications, Inc. there is no other publicly held company that owns 10% of the Plaintiff's stock.

Page    1

Respectfully Submitted for the Plaintiff,
CoxCom, Inc. dba
Cox Communications New England
Its Attorney

_____
John M. McLaughlin
**Mailing Address for**
**Requested Service of All Papers**
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061
Phone: (413) 586-8218
Direct Line: (413) 586-0865
Fax: (413) 584-6278
E-mail address: GMLWFESQ@aol.com
BBO No. 556328

5/2/05
Date