UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COXCOM, INC.,                )
      Plaintiff        )
                             )
v.                           )    Civil Action No.  05-30107-KPN
                             )
                             )
BILL LANGLOIS,               )
      Defendant      )

SCHEDULING ORDER
July 20, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All non-expert discovery shall be completed by February 21, 2006.

2. The parties shall appear for a case management conference on February 23, 2006, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                    /s/ Kenneth P. Neiman
                                  KENNETH P. NEIMAN
                                  U.S. Magistrate Judge