**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **CoxCom, Inc. dba Cox Communications, New England ("Cox")** ) ) ) ) Plaintiff, ) ) vs. ) ) **Bill Langlois** ) ) Defendant | Case No.: **1:05-cv-30107 KPN** **MOTION FOR EXTENSION OF TIME FOR FACT DISCOVERY** |

**NOW COMES** the Plaintiff in the above-captioned case and respectfully requests that this Court extend the deadline for fact discovery to March 24, 2006.

As grounds, the Plaintiff states:

1. Plaintiff sent discovery to Defendant in October of 2005.

2. The Plaintiff did not receive discovery until the beginning of January 2006.

3. The delay in the discovery response was approximately one month.

4. Due to the delay, the Plaintiff needs more time to assess the discovery response and to possibly do actions in follow up to the discovery response.

5. The Defendant has assented to this extra time and in consideration, should this Motion be granted, the Plaintiff would not act upon the fact that the Requests for Admissions could be deemed to have been admitted because the response was long after they were due.

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that he has conferred with Defendant and that the Defendant fully assents to this motion.

Page 1

In further support of this motion, see affidavit of John M. McLaughlin

                                                                           Respectfully Submitted for the Plaintiff,
By Its Attorney

<u>2/16/2006</u>                              <u>/s/ John M. McLaughlin</u>
Date                                   John M. McLaughlin (BBO: 556328)
                                         **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                         77 Pleasant Street
                                         P.O. Box 210
                                         Northampton, MA 01061-0210
                                         (413) 586-0865

## CERTIFICATE OF SERVICE

  I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 16th day of February 2006, a copy of the foregoing motion and affidavit were sent via first class mail to

Bill Langlois
158 Sturbridge Road
Holland, MA 01521

            /s/ John M. McLaughlin
            John M. McLaughlin