UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CoxCom, Inc. dba Cox Communications,** ) <br> **New England** ) <br> **("Cox")** ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **Bill Langlois** ) <br> ) <br>     Defendant | Case No.: **1:05-cv-30107 KPN** <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME FOR FACT DISCOVERY** |

1. Plaintiff sent discovery to Defendant in October of 2005.

2. The Plaintiff did not receive discovery until the beginning of January 2006.

3. The delay in the discovery response was approximately one month.

4. Due to the delay, the Plaintiff needs more time to assess same and to possibly do actions in follow up to the discovery response.

5. The Defendant has assented to this extra time and in consideration, should this motion be granted, the Plaintiff would not act upon the fact that the requests for admissions could be deemed to have been admitted because the response was long after they were due.

Subscribed and sworn to, under the pains and penalties of perjury, this 16th day of February, 2006.

/s/ John M. McLaughlin
John M. McLaughlin (BBO: 556328)
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
(413) 586-0865