**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **CoxCom, Inc. dba Cox Communications,** ) **New England** ) **("Cox")** ) ) Plaintiff, ) ) vs. ) ) **Bill Langlois** ) ) Defendant | Case No.: **1:05-cv-30107 KPN** **ASSENTED TO MOTION TO POSTPONE CONFERENCE** |

**NOW COMES** the Plaintiff in the above-captioned case and at the request of, and with the assent of the Defendant, it respectfully requests that this Court postpone the case management conference presently scheduled for April 14, 2006 to some date at least two weeks further on. As grounds, the Plaintiff states:

1. The Defendant will be out of state on business on April 14, 2006.

2. When the Defendant assented to the recent Motion to Extend Discovery he let it be known that he would be out of state on business for an extended period of time in April and that he would not be able to make hearings if they were set at that time.

3. Plaintiff agreed that if any hearing was scheduled while the Defendant was out of state the Plaintiff would make a motion (this Motion) to postpone a hearing during that time.

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that he has conferred with Defendant and that the Defendant not only fully assents to this Motion but this Motion is actually being made at the request of the Defendant

Page     1

In further support of this motion, see affidavit of John M. McLaughlin

                                              Respectfully Submitted for the Plaintiff,
                                              By Its Attorney

3/21/2006                           /s/ John M. McLaughlin
Date                                John M. McLaughlin (BBO: 556328)
                                        **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                        77 Pleasant Street
                                        P.O. Box 210
                                        Northampton, MA 01061-0210
                                        (413) 586-0865

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 16th day of February 2006, a copy of the foregoing motion and affidavit were sent via first class mail to

Bill Langlois  
158 Sturbridge Road  
Holland, MA 01521

                                                                 /s/ John M. McLaughlin  
                                                                  John M. McLaughlin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **CoxCom, Inc. dba Cox Communications,** **New England** **("Cox")** | ) ) ) ) | Case No.: **1:05-cv-30107 KPN** |
| Plaintiff, | ) ) ) | **AFFIDAVIT IN SUPPORT OF MOTION** **ASSENTED TO MOTION TO POSTPONE** |
| vs. | ) ) | **CONFERENCE** |
| **Bill Langlois** | ) ) | |
| Defendant | | |

1. I am John M. McLaughlin, Counsel for the Plaintiff in this civil action.

2. The Defendant has told me that he will be out of state on business on April 14, 2006.

3. When the Defendant assented to the recent Motion to Extend Discovery, he let it be known to me that he would be out of state on business for an extended period of time and April and that he would not be able to make hearings if they were set at that time.

4. On behalf of the Plaintiff, I agreed that if any hearing was scheduled while the Defendant was out of state the Plaintiff, through me, would make a Motion to Postpone a hearing during that time.

5. At the request of the Defendant, I have now made a Motion to Postpone the conference scheduled for April 14, 2006 and this Affidavit is in support of that Motion.

Subscribed and sworn to, under the pains and penalties of perjury, this 21st day of March, 2006.

                                                /s/ John M. McLaughlin  
                                                John M. McLaughlin (BBO: 556328)  
                                                **Green, Miles, Lipton & Fitz-Gibbon LLP**  
                                                77 Pleasant Street  
                                                P.O. Box 210  
                                                Northampton, MA 01061-0210  
                                                (413) 586-0865