UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CoxCom, Inc. dba Cox Communications** **New England** | Case No.: 05-30107 |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| **Bill Langlois** | |
| Defendant | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
CoxCom, Inc. dba
Cox Communications New England
By Its Attorney,

4/26/06
Date

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
Telephone (413) 586-0865

4/25/06
Date

Bill Langlois
158 Sturbridge Road
Holland, MA 01521

1